IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:13CB07** |
| vs. | **VIOLATION NO. 3577036 NE-22** |
| **FOUNT H. BARNEY,** | **ORDER** |
| Defendant. | |

On the motion (Filing No. 19) of the United States Attorney's Office, the Court accepts the payment of $75.00 as full satisfaction of violation notice 3577036 NE-22 therefore reducing the fine amount from $175.00 to $75.00.

**IT IS SO ORDERED**.

Dated this 16th day of August, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge